# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 17-567V
(not to be published)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

MARGARET E. SPENCER,

          Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

          Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

November 6, 2018

Joint Stipulation of Dismissal;
Rule 21(a); No Judgment; Order
Concluding Proceedings

## ORDER CONCLUDING PROCEEDINGS

On November 5, 2018, pursuant to Vaccine Rule 21(a)(1)(B), the parties filed a joint stipulation stating that above-captioned case should be dismissed.

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

    **IT IS SO ORDERED.**

/s/ Brian H. Corcoran
Brian H. Corcoran
Special Master